IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Peter Quansah | § | |
|    Plaintiff | § § § | |
| v. | § § | CAUSE NO. _____ |
| MSC Mediterranean Shipping Company, SA | § § § § | |
|    Defendant | § § | |

## Original Complaint

Plaintiff Peter Quansah brings this action complaining of Defendant MSC Mediterranean Shipping Company, SA and would respectfully show the Court that:

### I.

### Jurisdiction

1. This claim is maintained under the general maritime law of the United States and/or Texas law in the alternative.

### II.

### Venue

2. Venue is proper in this Division because Defendants are located here and do a substantial amount of business in this Division and the incident occurred in this Division.

### III.

### Parties

3. Plaintiff resides in Texas.

4. Defendant MSC Mediterranean Shipping Company, SA is a Swiss company that may be served through the Hague Convention at Chemin Rieu 12-14 Genève, GENÈVE, 1208 Switzerland.

## IV.

## Facts

5. This lawsuit is necessary as a result of severe personal injuries that Plaintiff received on or about September 18, 2022. On that date, Plaintiff was employed as a longshoreman who was assigned to the M/V MSC Adonis which is owned, operated, and controlled by Defendant. There was an improper opening on the ship. Thus, when Plaintiff tripped on a rod, he fell over 10 feet and landed on his right sided causing a broken wrist. The vessel owner was responsible for ensuring that it turned the vessel over without these improper openings.

## V.

## Causes of Action

8. Plaintiff hereby incorporates by reference the facts and allegations of the preceding paragraphs and the facts set forth herein.

9. Defendants were negligent and grossly negligent for the following reasons:

   A. failure to properly supervise their crew;

   B. failure to properly train their employees;

   C. failure to provide adequate safety equipment;

   D. failure to provide adequate medical treatment;

   E. failure to have proper deck railing;

   F. failure to maintain the vessel;

    G.    failure to warn about hidden hazards aboard the vessel;

    H.    failure to remedy a known hazardous condition—i.e. the low hanging chain;

    I.    failure to intervene in when it knew that others were acting improvidently;

    J.    failure to turnover the vessel in a safe manner;

    K.    failure to reasonably exercise its duty of actual control; and

10. On the date in question, the Pavo J. was unseaworthy.

11. As a result of said occurrences, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.

## VI.

## Jury Trial

12. Plaintiff hereby requests a trial by jury on all claims.

## VII.

## Prayer

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon

final hearing, Plaintiff has judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court including but not limited to:

- Past and future medical damages;
- Past and future loss of earning capacity;
- Past and future physical pain and suffering and mental anguish;
- Past and future impairment;
- Past and future disfigurement;
- Costs of Court;
- Pre and Post Judgment interest; and
- Any further relief to which Plaintiff may be entitled.

Respectfully submitted,

**PIERCE SKRABANEK PLLC**

*/s/ M. Paul Skrabanek*
_____
M. Paul Skrabanek
Texas Bar No. 24063005
SDTX No. 919474
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: 832-690-7000
Facsimile: 832-616-5576
Email: paul@pstriallaw.com
service@pstriallaw.com

**ATTORNEY FOR PLAINTIFFS**