United States District Court
Southern District of Texas
**ENTERED**
August 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PETER QUANSAH, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § § | 3:23-cv-144 |
| MSC MEDITERRANEAN SHIPPING COMPANY, SA, | § § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the court's order, Dkt. 26, entered in this case granting the defendant's motion for summary judgment, Dkt. 21, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties. Signed on Galveston Island this 29th day of August, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE